# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1269
_____

ERNEST L. ARCHIE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, III, Judge.

May 17, 2018

PER CURIAM.

DISMISSED. *See Henley v. State*, 171 So. 3d 133 (Fla. 1st DCA 2015) (noting that time to appeal runs from date order is rendered by filing with the clerk of the court); *see also Ashley v. State*, 845 So. 2d 1008 (Fla. 5th DCA 2003) (time to appeal runs from date order is rendered, not date order is received by inmate appellant).

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ernest L. Archie, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.